JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRYSTAL REDICK, | ) | Case No. CV 22-3318 FMO (PVCx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| THE MERMAID, LLC, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 11th day of July, 2022.

/s/
Fernando M. Olguin
United States District Judge